

NUMBER 13-18-00270-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ULLAH INVESTMENTS, LLC, Appellant,

v.

ABRAHAM ARREDONDO AND
JOSE CERVANTES, Appellees.

On Appeal from the County Court at Law No. 1
of Nueces County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Order Per Curiam**

On July 25, 2018, appellant, Ullah Investments, LLC, filed a notice of bankruptcy

in this appeal. According to the notice, appellant filed a bankruptcy petition on June 20,

2018, in the United States Bankruptcy Court for the Southern District of Texas.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. § 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed
the 3rd day of August, 2018.